# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2007

134250

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RAYNELLE DONA JOHNSON,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134250
COA: 266901
Branch CC: 05-048268-FH

On order of the Court, the application for leave to appeal the May 22, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2007

Clerk

t1017